THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DEBORAH E. YIM
Assistant United States Attorney
California Bar No. 217400
    Federal Building, Room 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2447
    Fax No.: (213) 894-7819
    Deborah.Yim@usdoj.gov

Attorney for Federal Defendants

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PRINCE CHUCKS IFEJEOKWU,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States; JANET NAPOLITANO, Secretary of Department of Homeland Security; ROBERT MUELLER, Director of the Federal Bureau of Investigation; JANE ARELLANO, Los Angeles Director of U.S. Citizenship & Immigration Services; DEPARTMENT OF JUSTICE; DEPARTMENT OF HOMELAND; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendants. | Case No. CV 09-02681 MMM (VBKx)<br><br>[~~PROPOSED~~] ORDER GRANTING THE PARTIES' STIPULATION TO REMAND ACTION TO CITIZENSHIP AND IMMIGRATION SERVICES PURSUANT TO 8 U.S.C. § 1447(b) |

Upon consideration of the Stipulation to Remand Action to United States Citizenship and Immigration Services, filed concurrently with this Order, and good cause appearing in the civil action entitled *Prince Chuks Ifejeokwu v. Eric Holder, Attorney General of the United States*, et al., CV 09-02681 MMM (VBKx),"

IT IS HEREBY ORDERED, as follows:

1. This matter is remanded to USCIS for adjudication within 60 days of the filing date of this Order. In the event that USCIS has not adjudicated Plaintiff's naturalization application within this period, Plaintiff may so notify the Court in a writing filed with the Court and served on counsel for Defendant. In the event that Plaintiff has not so advised the Court within 75 days of the filing date of this Order, this Order shall be effective to dismiss this action, without prejudice. Each party shall bear its own attorney's fees and costs.

2. This remand is without prejudice to the Plaintiff's right to pursue any remedies that may be available to Plaintiff pursuant to 8 U.S.C. §§ 1447(a), 1421(c), or any other applicable provision of law.

SO ORDERED this _1st_ date of ___July___, 2009.

_____
Hon. Margaret M. Morrow
United States District Court Judge